DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IN RE: THE NAME CHANGE OF A.C.S.,**
Appellant,

No. 4D17-962

[ July 12, 2017 ]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2016-DR-011634.

Erica N. Tschiggfrie, Jupiter, pro se.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

MAY, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***